RECORD OF GRAND JURY BALLOT

C/ 0:19-cr-00420

THE UNITED STATES OF AMERICA v. GEORGE ALEXANDER UNDERWOOD, a/k/a "Big A",
ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)