# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| United States of America, ) | Criminal Action No.: 0:19-cr-00420-JMC |
| ) | |
| v.  ) | **VERDICT FORM** |
| ) | |
| George Alexander Underwood, ) | |
| ) | |
| Defendant. ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

## COUNT 1
(Conspiracy to Violate Federal Law)

1. As to Count 1, we unanimously find Defendant George Alexander Underwood:

□ Not Guilty

☑ Guilty

(If you found the defendant "Guilty" of Count 1 above, please proceed to answer Questions 1A, 1B, 1C, 1D, and 1E. If you found the defendant "Not Guilty" of Count 1, do not answer Questions 1A, 1B, 1C, 1D, or 1E.)

WE, THE JURY, find the conspiracy involved the following objects:

1A. ☑ Wire fraud in violation of 18 U.S.C. § 1343

1B. □ Tampering in violation of 18 U.S.C. § 1512(c)(1)

1C. □ Falsification of records in federal investigation in violation of 18 U.S.C. § 1519

1D. □ False statement in violation of 18 U.S.C. § 1001(a)(2)

1E. ☑ Federal program theft in violation of 18 U.S.C. § 666(a)(1)(A)

1

## COUNT 2
(Deprivation of Civil Rights)

2. As to Count 2, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

## COUNT 4
(Tampering)

4. As to Count 4, we unanimously find Defendant George Alexander Underwood:

☑ Not Guilty

☐ Guilty

## COUNT 6
(Falsification of Records)

6. As to Count 6, we unanimously find Defendant George Alexander Underwood:

☑ Not Guilty

☐ Guilty

## COUNT 7
(False Statement)

7. As to Count 7, we unanimously find Defendant George Alexander Underwood:

☑ Not Guilty

☐ Guilty

## COUNT 9
(Federal Program Theft)

9. As to Count 9, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

## COUNT 11
(Wire Fraud)

11. As to Count 11, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

## COUNT 12
(Wire Fraud)

12. As to Count 12, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

## COUNT 13
(Wire Fraud)

13. As to Count 13, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

## COUNT 14
(Wire Fraud)

14. As to Count 14, we unanimously find Defendant George Alexander Underwood:

☐ Not Guilty

☑ Guilty

I certify that this decision is the unanimous decision of the jury.



FOREPERSON

April __23__, 2021
Columbia, South Carolina

4