FILED:  August 1, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-4405 (L)
(0:19-cr-00420-JMC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

GEORGE ALEXANDER UNDERWOOD, a/k/a Big A

        Defendant - Appellant

_____

No. 22-4428
(0:19-cr-00420-JMC-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOHNNY RICARDO NEAL, JR.

        Defendant – Appellant

---

No. 22-4429
(0:19-cr-00420-JMC-3)

---

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ROBERT ANDREW SPROUSE

       Defendant - Appellant

---

O R D E R

---

The court consolidates Case Nos. 22-4428 and 22-4429 with Case No. 22-4405(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk