IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. NO.: 0:19-420-JFA |
|---|---|---|
| v. | ) | ORDER |
| GEORGE ALEXANDER UNDERWOOD | ) | |

The defendant, through counsel, has moved for release pending appeal. (ECF No. 366). Within his motion, the defendant requests that the Court allow him to remain on appellate bond during the pendency of his appeal. The defendant is currently scheduled to surrender to custody on September 15, 2022.

Upon receiving this motion[1], the Court immediately ordered the government to respond within 21 days. Accordingly, the Court finds it prudent to delay the defendant's reporting date by 30 days from the date of this order to allow time to adjudicate the defendant's motion for appellate bond.

Thus, the defendant's reporting date is stayed until October 14, 2022. The government's response to the motion for appellate bond is due no later than October 4, 2022, as originally ordered.

IT IS SO ORDERED.

September 14, 2022
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] Because Judge Childs has been elevated to the D.C. Circuit Court of Appeals, the undersigned was appointed to hear this motion. The motion was filed on September 12, 2022, and this case was assigned to the undersigned on September 13, 2022.